Submitted on record and briefs June 1, appeal challenging dismissal of plaintiff's habeas corpus claim dismissed as moot; other affirmed July 11, 2001

## JOHN W. BUTLER, III,
*Appellant,*

*v.*

## Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

## 00-02-061M; A110427

29 P3d 1138

Bob Pangburn filed the brief for appellant. With him on the brief was Rebecca Neal-Richardson.

Kathryn Jones, Assistant Attorney General, filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM.

**PER CURIAM**

Plaintiff appeals the trial court's denial of habeas corpus relief and its requirement that he reimburse the state for the fees of the attorney appointed to bring this case. We dismiss the appeal so far as it relates to habeas corpus relief as moot and otherwise affirm.

The basis of plaintiff's petition was that defendant was deliberately indifferent to his medical need by imprisoning him at the Snake River Correctional Institution in an environment that allegedly exacerbated his asthma and other respiratory problems. He asked to be moved to a facility in the Willamette Valley, where he believed that his medical condition would be significantly improved. After the trial court's decision, plaintiff was transferred to a Willamette Valley prison. Because he has received the requested relief, his claim is now moot.

The trial court did not err in requiring plaintiff to repay the fees of his court-appointed counsel. ORS 151.505(1); *Reed v. Johnson*, 170 Or App 767, 13 P3d 1054 (2000); *Bacote v. Johnson*, 169 Or App 44, 46 n 1, 7 P3d 729 (2000).

Appeal challenging dismissal of plaintiff's habeas corpus claims dismissed as moot; otherwise affirmed.